Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN C. KROACK,<br><br>    Defendant. | Civil Action No.11-cv-0432-MJP<br><br>**CONSENT JUDGMENT AND [PROPOSED] ORDER OF APPROVAL**<br><br>(Please Note on Calendar for: April 27, 2011) |

  Plaintiff, the United States of America, and Defendant, John C. Kroack, hereby agree and consent to judgment in favor of Plaintiff and against Defendant as follows:

1. Defendant, John C. Kroack, and any others acting under his instruction or direction are **PERMANENTLY ENJOINED** from coming within 25 feet of the Lynnwood Health Center's property located at 19505 76th Avenue in Lynnwood, Washington.

2. Defendant, John C. Kroack, and any others acting under his instruction or direction are **PERMANENTLY ENJOINED** from violating the Freedom of Access to Clinic Entrances ("FACE") Act, 18 U.S.C. § 248 (1994).

3. Defendant, John C. Kroack, agrees to pay a civil penalty in the amount of $5000.00, as authorized by the FACE Act, 18 U.S.C. § 248 (c)(2)(B).

4. A portion of the civil penalty totaling $4000.00 shall be suspended and not become due unless the Defendant violates either of the first two provisions above.

CONSENT JUDGMENT AND [PROPOSED] ORDER
OF APPROVAL - 1
Civil Action No. 11-cv-0432-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

5. The suspension of a portion of the civil penalty does not bar the United States seeking any other appropriate remedy for any future violation of this permanent injunction.

6. The remaining portion of the civil penalty totaling $1000.00 may be paid in 13 monthly installments.

Dated this 27th of April, 2011.

BY:

*/s/ John C. Kroack*
JOHN C. KROACK

BY:
JENNY A. DURKAN
UNITED STATES ATTORNEY

*/s/ J. Michael Diaz*

J. MICHAEL DIAZ, WSBA # 38100
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
E-mail: Michael.Diaz@usdoj.gov

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JONATHAN SMITH, Chief
Special Litigation Section

JULIE ABBATE
Deputy Chief
Special Litigation Section

*/s/ by permission*
WILLIAM E. NOLAN
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (202) 353-8560
Fax:    (202) 514-6273
Email: William.Nolan@usdoj.gov

Attorneys for Plaintiff United States of America

CONSENT JUDGMENT AND [PROPOSED] ORDER
OF APPROVAL - 2
Civil Action No. 11-cv-0432-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

**ORDER APPROVING CONSENT JUDGMENT AND PERMANENT INJUNCTION**

AND NOW, this _____ day of _____, 2011, upon consideration of the Complaint of Plaintiff, the United States of America, and the parties' above-signed Consent to Judgment, it is hereby ORDERED that judgment is entered in favor of Plaintiff and against Defendant, John C. Kroack, and a permanent injunction shall issue in the above-agreed to form.

APPROVED AND ORDERED BY THIS COURT

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT AND [PROPOSED] ORDER
OF APPROVAL - 3
Civil Action No. 11-cv-0432-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970